IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

STALYN ANDERSON SALAZAR CRUZ,
A# 245-243-991                                                        PETITIONER

VERSUS                          CIVIL ACTION NO. 5:26-cv-216-DCB-BWR

DEPARTMENT OF HOMELAND SECURITY, et al          RESPONDENTS

ORDER TO SHOW CAUSE

This case comes before the Court sua sponte on pro se Stalyn Anderson Salazar Cruz's habeas petition filed under 28 U.S.C. § 2241. On April 14, 2026, the Court entered an Order [5]. That Order [5] directed Petitioner to pay the filing fee or file a complete Motion to Proceed in Forma Pauperis on or before May 14, 2026. The Order [5] was mailed to Petitioner at his last-known address. The envelope containing that Order [5] was returned as undeliverable marked "released." Mail Returned [6] at 1. Because Petitioner is proceeding *pro se*, it is

ORDERED:

(1)     That the Clerk is directed to mail to Petitioner a copy of the Order [5] entered on April 14, 2026.

(2)     That Petitioner **on or before June 5, 2026,** respond to this Order to Show Cause, in writing, and explain why this case should not be dismissed for failure to comply with the Order [5] entered on April 14, 2026.

(3)     That Petitioner **on or before June 5, 2026,** fully comply with the Order [5] by paying the required $5.00 filing fee or submitting a completed application to proceed in forma pauperis (IFP application/form is attached to Order [5]).

(4)     That Petitioner must file his response and submit payment of the $5.00 filing fee or submit a completed motion to proceed in forma pauperis response to the Clerk, 501 E. Court Street, Suite 2.500, Jackson, Mississippi 39201.

(5)     That failure to advise the Court of a change of address as required by the notice of assignment [1-3] or failure to timely comply with any order of the Court will be deemed as a purposeful delay and contumacious act by Petitioner and may result in this cause being dismissed without prejudice and without further notice to Petitioner.

THIS, the 27th day of May, 2026.

s/ *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2