## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**STALYN ANDERSON SALAZAR CRUZ,**
**A# 245-243-991**                                                    **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 5:26-cv-216-DCB-BWR**

**DEPARTMENT OF HOMELAND SECURITY, et al**          **RESPONDENTS**

### SECOND AND FINAL ORDER TO SHOW CAUSE

This case comes before the Court sua sponte on pro se Stalyn Anderson Salazar Cruz's habeas petition filed under 28 U.S.C. § 2241.   On April 14, 2026, the Court entered an Order [5].   That Order [5] directed Petitioner to pay the filing fee or file a complete Motion to Proceed in Forma Pauperis on or before May 14, 2026.   The Order [5] was mailed to Petitioner at his last-known address.   The envelope containing that Order [5] was returned as undeliverable marked "released."   Mail Returned [6] at 1.

When Petitioner failed to comply with the Order [5] entered on April 14, 2026, an Order to Show Cause [7] was entered on May 27, 2026, that directed Petitioner to show cause why he has not complied with the previous Court Order [5] and to comply with that Order [7] by June 5, 2026.   Order [7] at 1–2.   Once again, Petitioner has not complied with the Order [5], and the envelope containing that Order to Show Cause [7] addressed to him at his last-known address has not been returned as undeliverable.

Because Petitioner is proceeding pro se, he will be provided a final opportunity to comply with the Order [5], it is hereby,

ORDERED:

(1)     That the Clerk is directed to mail to Petitioner a copy of the Order [5] entered on April 14, 2026.

(2)     That Petitioner **on or before June 25, 2026**, respond to this Order to Show Cause, in writing, and explain why this case should not be dismissed for failure to fully comply with the Order [5] entered on April 14, 2026.

(3)     That Petitioner **on or before June 25, 2026,** fully comply with the Order [5] by paying the required $5.00 filing fee or submitting a completed application to proceed in forma pauperis (IFP application/form is attached to Order [5]).

(4)     That Petitioner must file his response and submit payment of the $5.00 filing fee or submit a completed motion to proceed in forma pauperis response to the Clerk, 501 E. Court Street, Suite 2.500, Jackson, Mississippi 39201.

(5)     Petitioner is warned that failure to advise the Court of a change of address as required by the Notice of Assignment [1-3] or failure to timely comply with any order of the Court will be deemed as a purposeful delay and contumacious act by Petitioner and **will result** in this cause being dismissed without prejudice and **without further notice** to Petitioner. This is Petitioner's final opportunity to comply with the Order [5].

THIS, the 11th day of June, 2026.

s/ *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE